**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 75 WM 2019
                                             :

                 Respondent      :

                                               :

                    v.                  :

                                             :

LAWRENCE E. LABRYER,             :

                                             :

               Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.